CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Omar Natalio Martinez Fontes<br>DOB: XX-XX-1971 | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>21-07089MJ |

Complaint for violation of Title 18, United States Code §§ 371 and 201.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1:

From in or about June 2019 to in or about January 2020, in the District of Arizona and elsewhere, **Omar Natalio Martinez Fontes** knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown, directly and indirectly, to corruptly give, offer, and promise anything of value to any public official, to wit, a United States Border Patrol Agent, with the intent to induce such public official to do or omit to do any act in violation of the official's lawful duty, all in violation of 18 U.S.C §§ 371 and 201.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See attached affidavit which is incorporated as part of this Complaint

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Ryan J. Ellersick<br>  s/Ryan J. Ellersick<br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Federal Bureau of Investigation Special Agent Dawn A. Monahan |
|---|---|
| Sworn to before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br><sup>1)</sup> See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>February 26, 2021 |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Dawn Monahan, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the FBI Tucson Resident Agency, Tucson, Arizona and have been so employed since March 17, 2019. I am currently assigned to the Public Corruption squad where I investigate a variety of matters, to include, public figure(s) or law enforcement officer(s) in violation of, but not limited to, extortion, obstruction of justice, federal bribery, fraud, theft and/or deprivation of honest services, and drug, alien, and/or weapons trafficking. I received twenty weeks of training at the FBI Academy in Quantico, Virginia. Through continuing education training, I have received specialized instruction on how to conduct corruption investigations.

2. Prior to my employment with FBI, I was a Sheriff's Deputy for East Baton Rouge Sheriff's office in Baton Rouge, Louisiana for eight years. I attended Capital Area Regional Training Academy (CARTA) for 12 weeks where I received training and completed the Peace Officer's Standards in Training (POST) certification. While working for the Sheriff's office I held positions as a patrol deputy, a detective, and worked on the Internet Crimes Against Children (ICAC) FBI task force. During my time as a deputy, I drafted and executed numerous search warrants for investigations ranging from sexual assaults to homicide.

3. As a Special Agent with the FBI and my previous experience in local law enforcement, I have performed various tasks, including, but not limited to: (a) participating in physical surveillance, and observing and recording movements of persons; (b) interviewing witnesses, cooperating individuals, and informants; (c) participating in investigations involving the utilization of court-authorized electronic surveillance; and (d) leading, supervising, or assisting in a wide variety of criminal investigations.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This

affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

5. The FBI has been investigating former Border Patrol Agent, Carlos Victor Passapera Pinott, for drug trafficking and other offenses since early 2020. On August 10, 2020, Passapera was charged via complaint after delivering to a co-conspirator, Maria Gallardo Davila, two duffel bags containing a large quantity of substances that field-tested positive for the properties of cocaine, heroin, and fentanyl, including approximately 350,000 pills that field-tested positive for fentanyl. Gallardo was identified through a Drug Enforcement Administration (DEA) investigation as a supplier to a drug distribution network in Phoenix, Arizona.

6. On August 9, 2020, the Honorable Leslie A. Bowman, United States Magistrate Judge, authorized several search warrants, including a warrant for Passapera's residence and a warrant for a safe-deposit box leased by Passapera at a bank. Within the residence and the safe-deposit box, agents found approximately $641,000 in cash.

7. On September 30, 2020, a Grand Jury in the District of Arizona indicted Passapera on charges of conspiracy, bribery, drug trafficking, and alien smuggling.

8. During the execution of the search warrant on Passapera's residence, law enforcement agents seized what are believed to be several "burner phones" used by Passapera for his illegal smuggling activities. A review of the content of the messages exchanged on one of the "burner phones" revealed Passapera participated in at least 42 incidents where he smuggled illegal aliens and at least 19 incidents where he smuggled narcotics into the United States dating back to June 2019.

9. One of the first contacts made with Passapera's "burner phone" on approximately June 23, 2019, was from phone number 602-810-7722 which was saved as "Amigo Cel." Within the content of the messages, "Amigo Cel" introduced himself as "Omar." Based on the information outlined below, there is probable cause to believe "Omar" is Omar Natalio Martinez Fontes (Martinez).

10. According to messages on the "burner phone," by June 27, 2019, Passapera had smuggled at least one illegal alien into the United States and delivered the alien to Martinez. Between June 23, 2019, and January 14, 2020, Passapera and Martinez smuggled at least 13 illegal aliens into the United States, with at least one alien being in possession of 20,000 pills. Messages on the "burner phone" indicate Martinez paid Passapera approximately $8,000 per illegal alien, unless the alien was in possession of narcotics, in which case Passapera would be paid more.

11. Messages on the "burner phone" reveal that Passapera requested the height and weight of each alien he smuggled. Passapera instructed Martinez to have the illegal alien meet at kilometer 23 and sent a picture of the location. Agents went to a section of the United States border approximately 23 kilometers west of the Lukeville Port of Entry. At this location, Highway 2 in Mexico runs parallel to the United States Border, and kilometer marker 23 can easily be seen from the United States. This sight also closely resembles the section of the border Passapera sent a picture of.

12. Records obtained by administrative subpoena indicate phone number 602-810-7722 (the phone number used by "Omar") was a pre-paid cell phone. The top contact with phone number 602-810-7722 was Passapera's "burner phone" with 1,774 communications. Phone number 602-810-7722 also communicated with phone number 623-800-3981. Records obtained by administrative subpoena indicate phone number 623-800-3981 was subscribed to Sylvia Ontiveros, Martinez's longtime partner.

13. Within the content of the messages on the "burner phone," Martinez mentioned his family: Tony, Sylvia, and a daughter. A Phoenix Police Department report from May 2015 states Sylvia Ontiveros and Martinez were in an intimate relationship and shared two children. A Phoenix Police Department report from August 2016 states Ontiveros and Martinez were not married but had been in an intimate relationship for over 15 years and shared a daughter. Ontiveros listed phone number 623-800-3981 as her contact number within the police report.

14. Within the content of the messages, Martinez messaged Passapera an address, 8145 W. Whyman Avenue, Phoenix, Arizona 85043. On January 13, 2020, United States Immigration and Customs Enforcement (ICE) Fugitive Operations Team (FOT) conducted surveillance at 8145

3

W. Whyman Avenue, Phoenix, Arizona 85043, where they observed Martinez leave the residence in a maroon four door Honda bearing Arizona license plate number FB485E. Martinez identified himself as Natalio Martinez-Fontes and admitted being in the United States illegally. The vehicle Martinez was driving was registered to Ontiveros.

15. Within the content of the messages, on September 12, 2019, Martinez mentioned he was celebrating his birthday. Martinez's birthday is September 10.

16. By January 13, 2020, Martinez was in ICE custody; however, there were still messages exchanged between phone number 602-810-7722 and Passapera's "burner phone" until May 19, 2020. On January 15, 2020, the person communicating with Passapera from phone number 602-810-7722 provided him with phone number 623-800-3981 to continue speaking with him. In later messages, this person introduced themselves as Sylvia.

17. Agents located Border Patrol documents indicating Passapera transported Martinez to Sells Indian Hospital on June 13, 2018.

## CONCLUSION

18. Based on the foregoing, there is probable cause to believe Martinez engaged in a conspiracy to bribe Passapera, a public official employed at the time with the U.S. Border Patrol, in exchange for Passapera's assistance to smuggle illegal aliens into the United States, in violation of 18 U.S.C. §§ 371 and 201.

Dawn Monahan
Special Agent
Federal Bureau of Investigation

Subscribed and sworn telephonically
On this 26th day of February, 2021.

Hon. Jacqueline Rateau
UNITED STATES MAGISTRATE JUDGE

4