PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

FILED
2021 APR 21 PM 5: 38
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-00792 TUC-RM(MSA) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| | Violations: |
| vs. | 18 U.S.C. § 371<br>(Conspiracy to Commit Bribery and Alien Smuggling)<br>Count 1 |
| Omar Natalio Martinez Fontes, | 18 U.S.C. § 201<br>(Bribery)<br>Count 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
(Conspiracy to Commit Bribery and Alien Smuggling)
(18 U.S.C. § 371)

*The Conspiracy and its Objects*

1. From in or about June 2019 to in or about January 2020, in the District of Arizona and elsewhere, OMAR NATALIO MARTINEZ FONTES, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury to commit the following offenses:

   a. to directly and indirectly corruptly give, offer, and promise anything of value to any public official; that is, large cash payments to United States Border

Patrol Agent Carlos Victor Passapera Pinott (who is charged separately) with intent to induce Passapera to do or omit to do any act in violation of Passapera's lawful duties; that is, to assist MARTINEZ FONTES to smuggle illegal aliens into the United States and not to interdict and investigate the entry and transportation of the illegal aliens, in violation of Title 18, United States Code, Section 201(b)(2)(C); and

    b.    to knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transport and move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8 United States Code, Section 1324(a)(1)(A)(ii).

*Purpose of the Conspiracy*

2.    The purpose of the conspiracy was for MARTINEZ FONTES to profit from smuggling illegal aliens into the United States undetected using Passapera's official position as a Border Patrol Agent, and to enrich himself and Passapera through bribery.

*Manner and Means of the Conspiracy*

3.    The manner and means by which MARTINEZ FONTES and his co-conspirators carried out the conspiracy included, but were not limited to, the following:

    a.    MARTINEZ FONTES offered and gave large cash payments to Passapera in return for Passapera's assistance to smuggle illegal aliens into the United States.

    b.    MARTINEZ FONTES and Passapera communicated using cellular telephones to coordinate the smuggling of illegal aliens, including sending and receiving photographs of pick-up locations and physical descriptions of the illegal aliens.

    c.    Passapera picked up illegal aliens from areas along the international border near the Lukeville Port of Entry, transported the aliens through two Border Patrol checkpoints, and delivered the aliens to various destinations in the Phoenix, Arizona area, all in coordination with MARTINEZ FONTES.

*Overt Acts of the Conspiracy*

4. In furtherance of the conspiracy, and to accomplish its objects, MARTINEZ FONTES and his co-conspirators committed the following overt acts, among others, in the District of Arizona and elsewhere:

    a. On or about June 23, 2019, MARTINEZ FONTES messaged Passapera about smuggling one or two illegal aliens per week.

    b. On or about July 8, 2019, MARTINEZ FONTES and Passapera exchanged messages about smuggling an illegal alien, and Passapera advised they had passed the "checkpoint."

    c. On or about October 22, 2019, Passapera messaged MARTINEZ FONTES about receiving payment in larger bills because smaller bills were too bulky.

    d. On or about November 12, 2019, MARTINEZ FONTES and Passapera exchanged messages about smuggling an illegal alien, and MARTINEZ FONTES advised Passapera that Passapera's money was available for pick-up when he was ready.

    e. On or about January 6, 2020, MARTINEZ FONTES and Passapera exchanged messages about smuggling an illegal alien the following day.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
(Bribery)
(18 U.S.C. § 201)

5. On or about January 2, 2020, in the District of Arizona, OMAR NATALIO MARTINEZ FONTES, directly and indirectly did corruptly give, offer, and promise anything of value to any public official; that is, approximately $8,000 in cash to United States Border Patrol Agent Carlos Victor Passapera Pinott, with intent to induce Passapera to do or omit to do any act in violation of Passapera's lawful duties; that is, to assist MARTINEZ FONTES to smuggle illegal aliens into the United States and not to interdict and investigate the entry and transportation of the illegal aliens, in violation of Title 18, United States Code, Section 201(b)(2)(C).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: April 21, 2021

**REDACTED FOR PUBLIC DISCLOSURE**

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/S/

RYAN J. ELLERSICK
Assistant U.S. Attorney